**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DWAIN JOSEPH, ERNEST JOSEPH AND LENEAR JOSEPH, INDIVIDUALLY AND ON BEHLAF OF THEIR DECEASED MOTHER MARVA FRANKLIN | CIVIL ACTION NO. 08-201 |
| VERSUS | |
| FEDERAL RAILROAD ADMINISTRATION, CANADIAN NATIONAL RAILWAY, GORDON SHUCKROW, JR. AND SHAWN MCRAE | SECTION M |

### ORDER

Before the Court is a Motion to Dismiss by the United States of America for lack of subject matter jurisdiction, pursuant to FRCP 12(b)(1) for failure to exhaust administrative remedies. The motion came for hearing on April 30, 2008, on the briefs and was unopposed by plaintiff.

Accordingly, the motion is **granted**, and the case is dismissed without prejudice.

New Orleans, Louisiana, this 2nd day of May, 2008.

Peter Beer
United States District Judge