UNITED STATES DISTRICT COUT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DWAIN JOSEPH, ERNEST JOSEPH AND LENEAR JOSEPH, INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED MOTHER, MARVA FRANKLIN | CIVIL ACTION NO.: 08-201 |
| | SECTION: M |
| VERSUS | |
| FEDERAL RAILROAD ADMINISTRATION, CANADIAN NATIONAL RAILWAY, GORDON SHUCKROW, JR. AND SHAWN MCRAE | MAGISTRATE: 4 |

## ORDER

IT IS HEREBY ORDERED that the above referenced matter be reopened and remanded to the Parish of St. James, State of Louisiana.

ORDERED this \_\_5th\_\_ day of \_\_\_\_June\_\_\_\_, 2008.

_____
HONORABLE PETER BEER
UNITED STATES DISTRICT JUDGE